**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LAURA PATRICIA ROJAS,**<br><br>***Petitioner*,**<br>**v.**<br><br>**WARDEN,**<br>*El Paso Service Processing Center*;<br>**MARY DE ANDA-YBARRA,**<br>*Field Office Director for El Paso Immigration and Customs Enforcement*;<br>**DAVID J. VENTURELLA,**<br>*Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;<br>**MARKWAYNE MULLIN,**<br>*Secretary of the U.S. Department of Homeland Security*; **and**<br>**TODD BLANCHE,**<br>*Attorney General of the United States*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01232-DCG** |

**ORDER DISMISSING CASE AS MOOT**

Respondents' attorney previously reported "[u]pon information and belief based on ICE records" that Petitioner Laura Patricia Rojas "was removed from the United States on May 28, 2026."[1] The Court therefore ordered Petitioner's attorney to show cause by September 21, 2026 why the case should not be dismissed as moot.[2] Petitioner's attorney did not file a response by the deadline.

[1] Resp'ts' Status Report, ECF No. 7, at 1.

[2] Order Pet'r Show Cause, ECF No. 6; *see also Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim to relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[3]

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 23rd day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[3] *See Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").